For the reasons stated, the judgment of the circuit court of Cook County is reversed and the order of the Board is reinstated.

Judgment reversed.

McGLOON, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONNA HUTCHISON, Defendant-Appellant.

(No. 61179;

First District (3rd Division)—August 21, 1975.

PER CURIAM.

William Parks, of State Appellate Defender's Office, of Evanston, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, John T. Theis, and Iris E. Sholder, Assistant State's Attorneys, of counsel), for the People.